■ In the Matter of CHARLES MONTAPERTO, Appellant, v HAROLD E. HERKOMMER, as Executive Director of the Board of Trustees of the New York City Employees' Retirement System, et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Richard Wallach, J.), entered on February 5, 1985, unanimously affirmed for the reasons stated by Richard Wallach, J. at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Sandler, Fein and Asch, JJ.

Application by appellant's counsel to withdraw as counsel is granted (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO RODRIGO, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on June 16, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Kassal and Ellerin, JJ.

■ KOCO ELECTRIC, INC., Respondent-Appellant, v QUAR JAY, INC., Appellant-Respondent.—Appeal and cross appeal from an order of the Supreme Court, New York County (Alfred Callahan, J.), entered on or about May 28, 1985, unanimously dismissed as moot, without costs and without disbursements, and the appeal and cross appeal from the order of said court, entered on or about June 17, 1985, unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Sullivan, Kassal and Ellerin, JJ.